ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 3:42 PM
CHRISTOPHER A. PRINE
CLERK

NO. 24-BC11A-0007

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 3:42:27 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **CREATEAI HOLDINGS, INC.,** | § | **IN THE BUSINESS COURT** |
| | § | **DIVISION OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **THE ELEVENTH DISTRICT** |
| | § | **SITTING IN** |
| **BOT AUTO TX INC.** | § | |
| | § | |
| **Defendant.** | § | **HARRIS COUNTY, TEXAS** |

### BOT AUTO'S REQUEST FOR PREPARATION OF
### SUPPLEMENTAL CLERK'S RECORD

Pursuant to TEX. R. APP. P. 34.5(c), Defendant Bot Auto TX Inc. ("Defendant" or "Bot Auto") requests that a Supplemental Clerk's Record be prepared and filed in the appeal styled *TuSimple Holdings, Inc. nka CreateAI Holdings, Inc. v. Bot Auto TX Inc.*, No. 15-25-00001-CV, in the Court of Appeals for the Fifteenth District of Texas, and that it include the following items (together with any attached exhibits) from this case:

| Date | Description |
|---|---|
| 10/23/2024 | Defendant's Objections to Lu Declaration |
| 01/31/2025 | Plaintiff's Notice of Name Change |
| 02/02/2025 | Defendant's Response to Notice of Name Change |
| 02/02/2025 | Plaintiff's Reply to Defendant's Response to Notice of Name Change |
| 02/17/2025 | Defendant's Discovery Letter re CFIUS Reporting and Covered IP |
| 02/17/2025 | Defendant's Discovery Letter re Improper Objections and Failure to Answer |
| 02/17/2025 | Defendant's Discovery Letter re Trade Secret Identification |
| 02/19/2025 | Plaintiff's "Preliminary Response" to Defendant's Discovery Letters |
| 02/20/2025 | Letter to the Honorable Sofia Adrogué from Joseph A. Fisher, III (Jackson Walker LLP) regarding Defendant's Discovery Letters |
| 03/07/25 | Defendant's Request for Preparation of Supplemental Clerk's Record |

| Date | Description |
|:----:|-------------|
| n/a | Docket Sheet |
| n/a | Bill of Costs |

Defendant is prepared to make a prompt payment of the costs of preparing the supplemental clerk's record and, upon being advised of the charges associated with the preparation of the record, will forward payment.

Respectfully submitted,

/s/ Joseph A. Fischer, III
Joseph A. Fischer, III
tfischer@jw.com
Texas Bar No. 00789292
Leisa Talbert Peschel
lpeschel@jw.com
Texas Bar No. 24060414
Tori C. Emery
temery@jw.com
Texas Bar No. 24126228
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4530
Fax: (713) 308-4130

Richard Liu (Pro Hac Vice)
INNOVATIVE LEGAL SERVICES, P.C.
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
richard.liu@consultils.com

**ATTORNEYS FOR DEFENDANT
BOT AUTO TX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, a true and correct copy of the foregoing

instrument was served on all counsel of record pursuant to the Texas Rules of Civil Procedure.

/s/Joseph A. Fischer, III
Joseph A. Fischer, III

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Juana  Sauceda on behalf of Joseph Fischer
Bar No. 789292
jsauceda@jw.com
Envelope ID: 98217355
Filing Code Description: Other Document
Filing Description: Bot Auto's Request for Preparation of Supplemental Clerk's Record
Status as of 3/10/2025 7:07 AM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Burkholder | | nburkholder@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Alli Allman | | aallman@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/7/2025 3:42:27 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Fischer | 789292 | tfischer@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 3/7/2025 3:42:27 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 3/7/2025 3:42:27 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Cliff PRiley | | criley@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 3:42:27 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Juana Sauceda on behalf of Joseph Fischer
Bar No. 789292
jsauceda@jw.com
Envelope ID: 98217355
Filing Code Description: Other Document
Filing Description: Bot Auto's Request for Preparation of Supplemental Clerk's Record
Status as of 3/10/2025 7:07 AM CST

Associated Case Party: TuSimple Holdings, Inc.

| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 3:42:27 PM | SENT |
|---|---|---|---|---|
| Kathy Lowery | | klowery@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Lina Null | | lnull@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Lina Null | | lnull@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Salvador Robles | | SRobles@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 3/7/2025 3:42:27 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 3:42:27 PM | SENT |